FILED
CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Creation of the Calendar | ) ) | ORDER OF THE CHIEF JUDGE |
|---|---|---|
| of | ) ) | **23-052** |
| Judge WESLEY L. HSU | ) ) ) ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fred W. Slaughter to the calendar of Judge Wesley L. Hsu:

| Case Number | Case Title |
|---|---|
| 2:21-cv-09509-FWS-MARx | Andre Olivas v. County of Los Angeles, et al |
| 2:22-cv-08736-FWS-ASx | Sealed v. Sealed |
| 2:23-cv-01652-FWS-RAO | Luis Alberto Corado Polanco v. W.Z. Jenkins, et al |
| 2:23-cv-02241-FWS-RAO | Clifford C. Loyer v. Unknown |
| 5:21-cv-01994-FWS-JCx | Maria Blanca Perez v. Nordstrom, Inc. et al |
| 5:22-cv-01493-FWS-ASx | Richard Rodriguez v. National Distribution Centers, LLC et al |
| 8:22-cv-01076-FWS-KESx | Banafsheh Soleimani v. B. Braun Medical Inc., et al |
| 8:22-cv-01211-FWS-JDEx | Rebecca Mojica v. Wal-Mart Associates, Inc., et al |
| 8:22-cv-01559-FWS-KESx | Juan Martinez v. Hyundai Motor America et al |
| 8:22-cv-01764-FWS-DFMx | Russell Jumper v. SBGA, Inc. et al |
| 8:22-cv-02031-FWS-JDEx | Revital Gallen v. Liberty Life Assurance Company of Boston, et al |
| 8:22-cv-02228-FWS-ADSx | Juan Arroyo v. Nissan North America, Inc. |
| 8:23-cv-00515-FWS-ADSx | Hoda Issa v. Wayfair LLC |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                                                   2

---

| 8:23-cv-00717-FWS-DFMx | Sara Dashti v. Anthony Blinken, et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023

_____
Chief Judge Philip S. Gutierrez